From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. JERRY JOHN McGIVERN, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 50 years, imposed on the 12th day of September, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Not sufficient evidence to warrant any change in the opinion of the undersigned Board.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Eleventh Judicial District. County of Lincoln.

STATE OF MONTANA, Plaintiff, vs. EDWARD RAY McQUEEN, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on November 30, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence heretofore imposed.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.